UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARCEL THOMPSON** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 19-10371** |
| **ROBERT TANNER, WARDEN** | **SECTION: "B"(2)** |

## ORDER AND REASONS

Considering the record and applicable law, **IT IS ORDERED** that:

(1) Petitioner's objections (Record Document No. 17) to the Magistrate Judge's Report and Recommendation are **DISMISSED**;

(2) The Magistrate Judge's Report and Recommendation (Record Document No. 16) are **AFFIRMED** and **ADOPTED** as the opinion of the Court and;

(3) The instant §2254 petition is thereby **DISMISSED**.

New Orleans, Louisiana, this 22nd day of March, 2021.

_____
SENIOR UNITED STATES DISTRICT JUDGE